**Robert SMITH, an individual, individually and on behalf of a class of similarly situated persons, Plaintiff—Appellant,**

v.

**AMERICREDIT FINANCIAL SERVICES, INC., a business entity form unknown, dba ACF Financial Services, Inc., Defendant—Appellee.**

No. 09–57016.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2011.

Filed Dec. 13, 2011.

Michael Edward Lindsey, Law Office of Michael E. Lindsey, John William Hanson, Esquire, The Hanson Law Firm, San Diego, CA, for Plaintiff–Appellant.

Peter Scott Hecker, Sheppard Mullin Richter & Hampton LLP, San Francisco, CA, Shannon Z. Petersen, Esquire, Sheppard Mullin Richter & Hampton LLP, San Diego, CA, for Defendant–Appellee.

Before: B. FLETCHER, SILVERMAN, and WARDLAW, Circuit Judges.

ORDER

Because of recent developments after the district court's order on December 11, 2009, we vacate the order compelling arbitration and remand the matter for reconsideration in light of *AT&T Mobility LLC v. Concepcion*, ─ U.S. ─, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011), and *Sanchez v. Valencia Holding Co.*, 135 Cal.Rptr.3d 19, 2011 WL 5865694 (Ct.App.2011).

**VACATED AND REMANDED.**